CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 0 7 2005

JOHN F. CORCORAN, CLERK
BY:
    DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| WILLIAM A. BRENNAN,<br>Petitioner, | ) Case No. 7:05cv00300<br>)<br>) |
| v. | ) **MEMORANDUM OPINION AND**<br>) **ORDER** |
| UNITED STATES OF AMERICA,<br>Respondent. | )<br>) By: Samuel G. Wilson<br>) United States District Judge<br>) |

This matter is before the court on the petitioner's motion requesting appointment of counsel. The court shall only appoint counsel to a habeas petitioner in conjunction with an evidentiary hearing or when the court determines that the interests of justice otherwise require appointment of counsel. 18 U.S.C. § 3006A. The court has not granted Brennan an evidentiary hearing, and because of the relative simplicity of Brennan's claims and because of his established ability to communicate with the court, the court does not find that the interests of justice require appointment of counsel.

Accordingly, the court finds that the Brennan has not alleged circumstances justifying appointment of counsel at this time, and it is hereby **ORDERED** that Brennan's motion is **DENIED**. Brennan may renew his request for appointment of counsel at any later time, should the need for a hearing arise in this action.

**ENTER:** This 7th day of September, 2005.

_____
UNITED STATES DISTRICT JUDGE